UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**ANDRE L. STEED,**

    Petitioner,

v.                                CIVIL ACTION NO. 2:25cv181

**CHADWICK DOTSON, Director**
**Virginia Dept. of Corrections,**

    Respondent.

## FINAL ORDER

This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2254 submitted by pro se Petitioner Andre L. Steed ("Steed" or "Petitioner"). At the time of the filing of the petition, Steed was a VDOC offender incarcerated at Greensville Correctional Center.[1] His petition alleges that the Virginia Department of Corrections violated his due process rights by failing to apply good conduct credit and improperly adding a suspended sentence to his period of incarceration which resulted in him being held in custody past his release date. The matter was referred to a United States Magistrate Judge for Report and Recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Local Civil Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia.

---

[1] On August 5, 2025, the court received from Steed a notice of Change of Address advising he no longer received mail at the VADOC Centralized Mail Distribution Center and giving a residential address for future correspondence. (ECF No. 15).

The Magistrate Judge's Report and Recommendation filed December 30, 2025, recommends the court grant Respondent's Motion to Dismiss and that Steed's Motion to Appoint Counsel be denied, and his petition be denied and dismissed with prejudice for being time-barred, and because no plausible claim of equitable tolling or actual innocence excuses his untimely filing.

The Report and Recommendation advised each party of their right to object and the time limit for doing so. The Report and Recommendation was sent to both the VADOC Centralized Mail Distribution Center[2] and to the new residential address provided by Steed. The Report and Recommendation addressed to the VADOC address was returned as undeliverable, but the copy sent to the residential address was not returned to the court. The court has received no Objections to the Report and Recommendation and the time for responding has now expired.

Accordingly, the court does hereby accept and adopt the findings and recommendations set forth in the Report and Recommendation filed December 30, 2025, and it is therefore **ORDERED** that Respondent's Motion to Dismiss (ECF No. 11) is **GRANTED**, and that Steed's Motion to Appoint Counsel (ECF No. 20) is **DENIED**, and

---

[2] The court notes that this mailing was returned as undeliverable. (ECF No. 22). See supra note 1.

his petition (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**. The Motion for Appointment of Counsel (ECF No. 20) is **MOOT**.

Finding that the basis for dismissal of Petitioner's § 2254 petition is not debatable, and alternatively finding that Petitioner has not made a "substantial showing of the denial of a constitutional right," a certificate of appealability is **DENIED**. 28 U.S.C. § 2253(c); see Rules Gov. § 2254 Cases in U.S. Dist. Cts. 11(a); Miller-El v. Cockrell, 537 U.S. 322, 335-38 (2003); Slack v. McDaniel, 529 U.S. 473, 483-85 (2000).

Petitioner is **ADVISED** that because a certificate of appealability is denied by this Court, he may seek a certificate from the United States Court of Appeals for the Fourth Circuit. Fed. Rule App. Proc. 22(b); Rules Gov. § 2254 Cases in U.S. Dist. Cts. 11(a). **If Petitioner intends to seek a certificate of appealability from the Fourth Circuit, he must do so within thirty (30) days from the date of this Order. Petitioner may seek such a certificate by filing a written notice of appeal with the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510.**

The Clerk is directed to mail a copy of this Final Order to Petitioner at his residential address on file with the court,[3] and

---

[3] See supra notes 1, 2 and accompanying text.

to provide an electronic copy of the Final Order to counsel of record for Respondent.

/s/ _RBS_
REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

January 27, 2026